UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.          Case No. 1:10-mc-04-JD

Richard Crowe

O R D E R

I herewith approve the [4] Report and Recommendation of Magistrate Judge James R. Muirhead dated February 23, 2010, no objection having been filed.

It is Ordered that the taxpayer, Richard Crowe, obey the summonses and appear on April 7, 2010 at 9:00 a.m. at 80 Daniel Street, Portsmouth, New Hampshire, before Andrea L. Mahoney, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of August 3, 2009.

It is further ordered that the government be awarded its costs.

SO ORDERED.

March 16, 2010

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

cc:    Gretchen Leah Witt, AUSA
       Richard Crowe